[No. 2420-2.   Division Two.   June 23, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN H.
QUEENER, *Appellant*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 4489, Gerald B. Chamberlin, J.,
entered May 28, 1976. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Petrie, C.J., and Reed, J.


[No. 4065-1.   Division One.   June 27, 1977.]

AMY ANN SCHOONOVER, *Appellant*, v. CARPET
WORLD, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 790940, Eugene G. Cushing, J. Pro Tem.,
entered July 24, 1975. *Affirmed* by unpublished per curiam
opinion.


[No. 4134-1.   Division One.   June 27, 1977.]

ALICE M. MCCASLIN, *Respondent*, v. JOSEPH O.
MCCASLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 583233, Solie M. Ringold, J., entered Septem-
ber 5, 1975. *Reversed* by unpublished per curiam opinion.